UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Weaver Cooke Construction, LLC, )
        Appellant, )
)
v. ) **JUDGMENT**
)
Randolph Stair and Rail Company, ) No. 5:14-CV-709-BR
)
        Appellee. )
)

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the bankruptcy court's 19 September 2014 order is AFFIRMED

**This judgment filed and entered on February 7, 2017, and served on:**

Joseph P. Gram  (via CM/ECF Notice of Electronic Filing)
Kelli E Goss  (via CM/ECF Notice of Electronic Filing)
Luke J. Farley  (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III  (via CM/ECF Notice of Electronic Filing)
Tracy L. Eggleston  (via CM/ECF Notice of Electronic Filing)
Patrick M. Aul  (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

February 7, 2017

By: Deputy Clerk